UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:	Case No. 8:18-bk-07201-RCT
	Chapter 13

ALBA L. RONDON-SANTANA

　　　　Debtor.[1]
_____/

TRUSTEE'S MOTION TO DISMISS CASE
FOR FAILURE TO COMPLY WITH THE COURT'S
ADMINISTRATIVE ORDER, AND NOTICE OF HEARING

> A preliminary hearing in this case will be held on October 31, 2018 at 9:30 a.m. in Courtroom 9B before the Honorable Roberta A. Colton, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602 to consider and act upon this matter.

Kelly Remick, Chapter 13 Standing Trustee, hereby moves for the entry of an order dismissing this case, and in support thereof states the following:

1.　The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on August 27, 2018 and a Section 341 Meeting of Creditors was scheduled for October 2, 2018.

2.　The Debtor has failed to comply with the Court's Administrative Order docketed on August 28, 2018 (Doc. No. 5).

3.　The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of all pay stubs, advices or documentation of income sources ("payment advices") for the six month period ending on the last day of the month preceding the month of the petition date.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.

4.      The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of tax returns for the two years preceding the petition date.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing this case, together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was furnished, electronically by CM/ECF and/or by U.S. Mail, to ALBA L. RONDON-SANTANA, 187 Whispering Pines Way, Davenport, FL 33837; ALEJANDRO RIVERA, ESQUIRE, 1400 W. Oak Street, F, Kissimmee, FL 34741-4000; U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 4th day of October, 2018.

/s/ Caroline Printy, Esquire
CAROLINE PRINTY, ESQUIRE
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 40898
Attorney for the Trustee

KR/tem